# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rosenbaum, Robin S. | 2. Court or Organization<br><br>U.S. District Court for the Southern District of Florida | 3. Date of Report<br><br>11/30/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination.    Date 11/30/2011<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2010<br>to<br>11/21/2011 |
| 7. Chambers or Office Address<br><br>299 E. Broward Blvd., Room 310-A<br>Fort Lauderdale, Florida 33301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 11/30/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | University of Miami School of Law (teaching Legal Research and Writing) | $8,000.00 |
| 2. | 2010 | University of Miami School of Law (teaching Legal Research and Writing) | $18,000.00 |
| 3. | 2011 | University of Miami School of Law (teaching Legal Research and Writing) | $10,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | United States Courts — salary |
| 2. | 2011 | United State Courts -- salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 11/30/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 11/30/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ameritrade Money Market | A | Interest | J | T | Exempt | | | | |
| 2. Astropower (common) | | None | J | T | | | | | |
| 3. Ballard Power Systems (common) | | None | J | T | | | | | |
| 4. Bank of America -- checking/savings | A | Interest | J | T | | | | | |
| 5. Buffalo Small Cap Fund | | None | | | | | | | |
| 6. Cisco Systems (common) | A | Dividend | J | T | | | | | |
| 7. DiscoverBank Savings and Money Market Account | B | Interest | L | T | | | | | |
| 8. Domini Social Equity Fund | A | Dividend | J | T | | | | | |
| 9. Electrosource, Inc. | | None | | | | | | | |
| 10. Ericsson L M Tel Co ADR | A | Dividend | J | T | | | | | |
| 11. Emagin, Inc. (common) | | None | J | T | | | | | |
| 12. Etrade Bank Money Market and Savings Account | A | Interest | | | | | | | |
| 13. Fidelity Cash Reserves | A | Dividend | | | | | | | |
| 14. Fidelity Contrafund | A | Interest | K | T | | | | | |
| 15. Fidelity Municipal Money Market | A | Interest | J | T | | | | | |
| 16. Fidelity Smart Cash acct (held at Fifth Third Bank) | A | Interest | | | | | | | |
| 17. Fidelity Unique NH 2015 Portfolio | A | Int./Div. | M | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,201 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

# VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period ( ) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Unique NH Bank Deposit Portfolio | A | Int./Div. | L | T | | | | | |
| 19. Intel Corp. (common) | A | Dividend | J | T | | | | | |
| 20. Interactive Data Corp. (common) | A | Dividend | | | | | | | |
| 21. J2 Global Communications, Inc. (common) | A | Dividend | J | T | | | | | |
| 22. Janus Twenty Fund | A | Dividend | J | T | | | | | |
| 23. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 24. JDS Uniphase Corp. (common) | | None | J | T | | | | | |
| 25. M&T Bank Money Market | A | Interest | | | | | | | |
| 26. Nokia (common) | A | Dividend | | | | | | | |
| 27. Oppenheimer Capital Appreciation Fund (Mass Mutual) | | None | J | T | | | | | |
| 28. Oppenheimer Midcap Fund (Mass Mutual) | | None | J | T | | | | | |
| 29. Parnassus Fund | A | Dividend | K | T | | | | | |
| 30. Rhythms Netconnections (common) | | None | J | T | | | | | |
| 31. Suntech Power Holdings Co. ADR | | None | | | | | | | |
| 32. Thompson Plumb Growth Fund | | None | | | | | | | |
| 33. T. Rowe Price College Savings Plan Portfolio 2018 | A | Int./Div. | M | T | | | | | |
| 34. T. Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. TZ Limited (common) | | None | J | T | | | | | |
| 36. Universal Display Corp. (common) | | None | J | T | | | | | |
| 37. | | | | | | | | | |
| 38. JOINT TENANT HOLDINGS: | | | | | | | | | |
| 39. Armour Holdings, Inc. | | None | | | | | | | |
| 40. Ameritrade Money Market | A | Interest | J | T | | | | | |
| 41. AOL, Inc. (common) | | None | | | | | | | |
| 42. Corning | A | Dividend | | | | | | | |
| 43. Green Mountain Coffee Roasters (common) | | None | | | | | | | |
| 44. ishares Silver Trust | | None | J | T | | | | | |
| 45. J2 Global Communications, Inc. (common) | A | Dividend | J | T | | | | | |
| 46. Janus Twenty Fund | A | Dividend | J | T | | | | | |
| 47. Molycorp | | None | J | T | | | | | |
| 48. Nortel Networks (common) | | None | J | T | | | | | |
| 49. Oracle (common) | A | Dividend | J | T | | | | | |
| 50. Sanmina (common) | | None | | | | | | | |
| 51. Time Warner Cable, Inc. | A | Dividend | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 11/30/2011 |

# VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Time Warner (common) | A | Dividend | | | | | | | |
| 53. T. Rowe Price Science Technology Fund | | None | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |

1 Income Gain Codes:          A =$1,000 or less          H =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          3 =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes                       J =$15,000 or less          K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000                                          P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                         P3 =$25,000,001 - $50,000,000                              P4 =More than $50,000,000
3 Value Method Codes            Q =Appraisal                  R =Cost (Real Estate Only)   S =Assessment                 T =Cash Market
(See Column C2)                  U =Book Value                V =Other                       W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 39 through 53 are or were held by my mother, but I am listed as joint tenant on her account. This has been the case for several years. I derive no income or other benefits from my mother's investments. Where an investment was sold during the reporting period, nothing is reported in Column C because the value of the investment at the end of the reporting period was $0.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 71 | 162 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 406 | 303 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned – personal residence | | 706 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 49 | 000 | Thrift Savings Plan loan | | 66 | 732 |
| Cash value-life insurance | | 14 | 530 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 556 | 121 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 66 | 732 |
| | | | | Net Worth | 1 | 736 | 384 |
| Total Assets | 1 | 803 | 116 | Total liabilities and net worth | 1 | 803 | 116 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |